

# NUMBER 13-11-00192-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

TAMMARA MAGEE LOFTUS, Appellant,

v.

PATRICK DAVIS LOFTUS, Appellee.

### On appeal from the 247th District Court of Harris County, Texas.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Vela, and Perkes
### Memorandum Opinion Per Curiam

The appellant's brief in the above cause was due on September 2, 2011. On September 29, 2011, the Clerk of the Court notified appellant that the brief had not been timely filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of this letter, appellant reasonably explained the failure and the appellee was not

significantly injured by the appellant's failure to timely file a brief.   To date, no response has been received from appellant.

Appellant has failed to either reasonably explain her failure to file a brief, file a motion for extension of time to file his brief, or file her brief.   Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.   *See* TEX. R. APP. P. 38.8(a), 42.3(b).

PER CURIAM

Delivered and filed the 27th
day of October, 2011.